HERNDON *v.* JONES.

1. JUDGMENT—SUMMARY JUDGMENT—LOT RESTRICTIONS—SETBACK.
   Summary judgment for defendants in action to compel defendants to construct dwelling 50 feet from front lot line rather than at a setback greater than 50 feet *held,* proper where 50-foot front lot line restriction was a minimum restriction.

2. COSTS—NO BRIEF.
   No costs are awarded on appeal where prevailing party files no brief.

Appeal from Macomb, Noe (Alton H.), J. Submitted Division 2 October 10, 1968, at Lansing. (Docket No. 3,910.) Decided October 21, 1968.

Complaint by Quitmon Herndon and Helen D. Herndon against Marion E. Jones and Vivian Jones for injunction to compel compliance with subdivision lot restrictions. Summary judgment for defendants. Plaintiffs appeal. Affirmed.

*Gruenburg, Robinson & Bogus,* for plaintiffs.

PER CURIAM. Plaintiffs filed complaint for an injunction to restrain defendants from constructing a house more than 50 feet from the front lot line in a subdivision which had a 50-foot front lot line restriction. The trial judge granted defendants'

REFERENCES FOR POINTS IN HEADNOTES
[1] 41 Am Jur, Pleading § 340 *et seq.*
[2] 5 Am Jur 2d, Appeal and Error § 1010.

motion for summary judgment on the basis the 50-foot restriction was a minimum restriction.   Plaintiffs appeal.

Summary judgment was proper.

Affirmed but without costs.

QUINN, P. J., and HOLBROOK and VANDER WAL, JJ., concurred.